08-21-00041-CR

CAUSE NO. 01993

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | FILED IN |
| | § | 8th COURT OF APPEALS |
| **vs.** | § | **112th JUDICIAL DISTRICT** EL PASO, TEXAS |
| | § | 3/11/2021 11:29:15 AM |
| **ERIBERTO LOPEZ** | § | **REAGAN COUNTY, TEXAS** ELIZABETH G. FLORES |
| | | Clerk |

### NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes ERIBERTO LOPEZ, Defendant in the above entitled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the Court's ruling on the Defendant's Motion to Suppress. The following matter which is the subject of this appeal was raised by written motion and ruled on before trial pursuant to Rule 25.2(a)(2) of the Texas Rules of Appellate Procedure:

1.  Defendant's Motion to Suppress.

Respectfully submitted,

*/s/ Albert G. Valadez*
Albert G. Valadez
SBT# 20421840
104 West Callaghan
Fort Stockton, Texas 79735
432.336.7562
432.336.2600 Fax
agvaladez@sbcglobal.net
Attorney for ERIBERTO LOPEZ

### CERTIFICATE OF SERVICE

This is to certify that on February 1, 2021, a true and correct copy of the above and foregoing document was served on the 112th District Attorney's Office by electronic service through the Electronic Filing Manager.

*/s/ Albert G. Valadez*
Albert G. Valadez

1

# TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL

I, judge of the trial court, certify in this criminal case that the defendant's appeal is on matters that were raised by written motion filed and ruled on before trial, and the defendant has the right of appeal.

_____        2/3/2021
Judge                                   _____
                                        Date Signed

("A defendant in a criminal case has the right of appeal under Code of Criminal Procedure article 44.02 and these rules. The trial court shall enter a certification of the defendant's right of appeal each time it enters a judgment of guilt or other appealable order other than an order appealable under Code of Criminal Procedure Chapter 64.  In a plea bargain case - that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only:  (A) those matters that were raised by written motions filed and ruled on before trial, (B) after getting the trial court's permission to appeal, or (C) where the specific appeal is expressly authorized by statute."  Texas Rule of Appellate Procedure 25.2(a)(2).)